IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DOUGLAS DUANE DAMOUDE,**        )<br>                                                          )<br>            Plaintiff,                          )<br>                                                          )<br>     v.                                              )<br>                                                          )<br>**JUDGE SUSAN STRONG,**              )<br>                                                          )<br>            Defendant.                      ) | CASE NO. 4:14CV3020<br><br>ORDER |
| **DOUGLAS DUANE DAMOUDE,**        )<br>                                                          )<br>            Plaintiff,                          )<br>                                                          )<br>     v.                                              )<br>                                                          )<br>**HBI, LLC, and JOHN J. REEFE,**     )<br>                                                          )<br>            Defendants.                    ) | CASE NO. 4:14CV3021<br><br>ORDER |
| **DOUGLAS DUANE DAMOUDE,**        )<br>                                                          )<br>            Plaintiff,                          )<br>                                                          )<br>     v.                                              )<br>                                                          )<br>**WELLS FARGO MORTGAGE, BANK,** )<br>                                                          )<br>            Defendant.                      ) | CASE NO. 4:14CV3080<br><br>REASSIGNMENT ORDER |

It has come to this Court's attention that the above cases are related as defined under NEGenR 1.4(a)(4)(B). Accordingly, Case No. 4:14CV3080, *Douglas Duane*

*Damoude v. Wells Fargo Mortgage, Bank,* is reassigned to Chief District Judge Laurie Smith Camp for disposition.

IT IS SO ORDERED.

DATED this 16th day of May, 2014.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge